AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18 U.S.C., Sections 922(G)(1) - Felon in Possession of Firearm/Ammunition

E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum prison term of 10 yrs, maximum fine of $250,000 and minimum supervised release term of 3 yrs, mandatory $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
2011 NOV 17 P 2: 30
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
▶ ANTHONY DURANT

**DISTRICT COURT NUMBER**
CR 11 0849 SI

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
ATF Agent Michael Siebert

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form      MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)      Asst U.S. Atty Randy S. Luskey

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☒ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT      Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

FILED
2011 NOV 17 P 2: 35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA

---

UNITED STATES OF AMERICA,

V.

# CR 11 0849 SI

ANTHONY DURANT

DEFENDANT(S).  E-filing

---

# INDICTMENT

Violation: Title 18, United States Code, Section 922(g)(1) - Felon in Possession of a Firearm and Ammunition

---

A true bill.

_____
Foreman

Filed in open court this 17th day of Nov. 2011

JOSEPH C. SPERO
~~UNITED STATES MAGISTRATE JUDGE~~

KAREN L. HOM
Clerk

Bail, $ no bail arrest warrant issued

MELINDA HAAG (CABN 132612)
United States Attorney

*E-filing*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11 0849 SI |
| Plaintiff, | |
| v. | VIOLATION: Title 18, United States Code, Section 922(g)(1) - Felon in Possession of a Firearm and Ammunition |
| ANTHONY DURANT, | |
| Defendant. | SAN FRANCISCO VENUE |

INDICTMENT

On or about October 22, 2011, in the Northern District of California, the defendant,

ANTHONY DURANT,

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely a semi-automatic .40 caliber Glock pistol, bearing serial number RBE021; and ten rounds of Smith and Wesson ammunition, in and

//
//
//
//

INDICTMENT

affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

DATED: November 17, 2011

A TRUE BILL.

_____
FOREPERSON

MELINDA HAAG
United States Attorney

_____
WIL FRENTZEN
Chief, Strike Force/Violent Crimes

(Approved as to form: _____ )
AUSA Luskey

INDICTMENT