| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| 2 | Federal Public Defender<br>STEVEN G. KALAR |
| 3 | Assistant Federal Public Defender |
| 4 | 450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| 5 | Telephone: (415) 436-7700 |

**FILED**

JAN 05 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  No. CR 11-0849 SI
                           )
       Plaintiff,          )  DEFENDANT'S ASSERTION
                           )  OF FIFTH AND SIXTH
   v.                      )  AMENDMENT RIGHTS
                           )
ANTHONY DURANT,            )
                           )
       Defendant.          )
_____)
                           )

I, ANTHONY DURANT, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

Dated: 1/5/12

_____
NAME

_____
BARRY J. PORTMAN
Federal Public Defender
Northern District of California
STEVEN G. KALAR
Assistant Federal Public Defender

DEF. ASSERTION 5th & 6th AMEND. RIGHTS